# RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA
vs
Charles Lantzman

MAGISTRATE JUDGE'S DOCKET NO. _____
DATE OF COMPLAINT _____
CRIMINAL DOCKET NO. 23-251
DATE OF INDICTMENT 11-28-23
ORIGINATING DISTRICT (if applicable) _____

DATE ARRESTED: 12-1-23

## INITIAL APPEARANCE

Presiding Magistrate Judge: [ ] LENIHAN  [ ] DODGE  [X] KELLY  [ ] EDDY  [ ] LANZILLO  [ ] PESTO

Date: 12-1-23
Time: 1:05 – 1:18
CD #: _____
Court Reporter: _____

U. S. ATTORNEY: Jerome Moschetta
INTERPRETER: _____

**1. RIGHTS EXPLAINED**

[ ] ~~Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available~~

**2. COMPLAINT/INDICTMENT/INFORMATION:**

[ ] Read  [X] Summarized  [ ] Reading waived
[X] Defendant provided with a copy of the charges
[ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

[ ] Read  [X] Summarized  [ ] Reading waived

**4. COUNSEL**

[ ] Defendant requested appointment   [ ] Defendant waived appointment
[X] Defendant represented by: Neel Kapur
[ ] Defendant expects to retain: _____
[ ] Affidavit executed.
[ ] Not Qualified   [ ] Qualified   [ ] With possible requirement for partial or full payment
[ ] Federal Public Defender appointed
[ ] CJA Panel Attorney _____ appointed

**5. BAIL**

Recommended Bond: 10,000 –
Bond Set at: 10,000 –
[ ] By Consent
[X] By Magistrate Judge
[ ] Bond Posted
[ ] Temporary Commitment issued
[X] Additional Conditions Imposed: AO199 issued
[ ] Final Commitment issued
Bond Review Hearing Set For: _____
Detention Hearing Set For: _____

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

~~Preliminary Exam/Rule 40~~/Arraignment set for: 12/13 @ 10AM before Magistrate Judge PLD

WDPA Rev 06/22